| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT INITIAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Fenimore, Brian T. | 2. Court or Organization U.S. Bankruptcy Court, Western District of Missouri | 3. Date of Report 01/11/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☑ Initial ☐ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2017 |

7. Chambers or Office Address

Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Lathrop & Gage LLP |
| 2. | Trustee | Family Trust #1 (created August 4, 2017) |
| 3. | Personal Representative | Probate Estate |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | Lathrop Gage LLP, awaiting final 2017 compensation to be paid by April 15, 2018 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 01/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Lathrop & Gage LLP, compensation for law practice | $411,202.00 |
| 2. | 2016 | Lathrop & Gage LLP, compensation for law practice | $359,443.00 |
| 3. | 2017 | Lathrop Gage LLP, compensation for law practice | $181,545.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | DataSystem Solutions, Inc., salary |
| 2. | 2017 | DataSystem Solutions, Inc., salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 01/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Kansas LearningQuest 529 Account | | | | | | | | | |
| 2. - American Century Short-Term Portfolio | | None | J | T | Exempt | | | | |
| 3. - American Century Money Market/Cash & Cash Equivalents Portfolio | A | Dividend | K | T | Exempt | | | | |
| 4. 401K Plan #1--T.Rowe Price Retirement 2030 Fund | G | Dividend | P1 | T | Exempt | | | | |
| 5. Bank of America Cash Accounts | A | Interest | M | T | Exempt | | | | |
| 6. Oppenheimer Brokerage Account | | | | | | | | | |
| 7. - Apple, Inc. stock | A | Dividend | J | T | Exempt | | | | |
| 8. - Facebook, Inc. stock | | None | J | T | Exempt | | | | |
| 9. - Snap, Inc. stock | | None | J | T | Exempt | | | | |
| 10. - Under Armour, Inc. stock | | None | J | T | Exempt | | | | |
| 11. 401K Plan #2 | | | | | | | | | |
| 12. - Principal Bond Market Index Separate Account | | None | K | T | Exempt | | | | |
| 13. - Principal Core Plus Bond Separate Account | | None | K | T | Exempt | | | | |
| 14. - Principal High Yield Separate Account | | None | J | T | Exempt | | | | |
| 15. - Principal LargeCap S&P 500 Index Separate Account | | None | L | T | Exempt | | | | |
| 16. - Principal MidCap S&P 400 Index Separate Account | | None | K | T | Exempt | | | | |
| 17. - Principal SmallCap S&P 600 Index Separate Account | | None | K | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 01/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Dimensional Fund Advisors Emerging Markets Small Cap I Fund | B | Dividend | J | T | Exempt | | | | |
| 19. - Principal Diversified International Separate Account | | None | L | T | Exempt | | | | |
| 20. - Principal International Emerging Markets Separate Account | | None | K | T | Exempt | | | | |
| 21. Spouse 401K-Principal International SmallCap Separate Account | | None | J | T | Exempt | | | | |
| 22. - Principal Global Real Estate Securities Separate Account | | None | J | T | Exempt | | | | |
| 23. - Principal Real Estate Securities Separate Account | | None | J | T | Exempt | | | | |
| 24. Northwestern Mutual Insurance Whole Life Policies | C | Dividend | M | T | Exempt | | | | |
| 25. Northwestern Mutual Insurance Variable CompLife Policy | B | Dividend | | | Exempt | | | | |
| 26. - Northwestern Mutual Series Fund, Inc. Select Bond Portfolio | | None | J | T | Exempt | | | | |
| 27. - Northwestern Mutual Series Fund, Inc. International Equity Portfolio | | None | J | T | Exempt | | | | |
| 28. - Northwestern Mutual Series Fund, Inc. Index 500 Stock Portfolio | | None | K | T | Exempt | | | | |
| 29. - Northwestern Mutual Series Fund, Inc. Mid Cap Growth Stock Portfolio | | None | J | T | Exempt | | | | |
| 30. - Northwestern Mutual Series Fund Inc. Growth Stock Portfolio | | None | J | T | Exempt | | | | |
| 31. - Russell Investment Funds Global Real Estate Securities Fund | | None | J | T | Exempt | | | | |
| 32. Probate Estate | | | | | | | | | |
| 33. - BTC Bank Cash Account | | None | J | T | Exempt | | | | |
| 34. - Tract #1 Farmland in Harrison County, Missouri | | None | N | Q | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Tracts 2 & 3 Farmland in Harrison County, Missouri | A | Rent | O | Q | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 01/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: No assets listed for the Family Trust #1 identified in Part I because there are no reportable assets.

Part VII, lines 11-23: The only fund account reporting dividend and/or capital gain income in the reports we receive for these assets is on line 18.

Part VII, lines 25-31: Filer has not been able to create or obtain from Northwestern Mutual any reports with any income, including dividends or capital gains relating to the underlying funds in the Variable CompLife policy investments.

Part VII, lines 32-35: There are three tracts of land in the probate estate, which was opened in the third quarter of 2017. We had them appraised. The appraisals were dated October 6, 2017, with a valuation date as of May 5, 2017 (date of death). Tract #1 was appraised independently. Tracts #2 and #3 were appraised together. So, that is how I am reporting them. There is a house on Tract #3 that rents for a modest amount each month, which is reported on line 32.

| Name of Person Reporting | Date of Report |
|---|---|
| Fenimore, Brian T. | 01/11/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian T. Fenimore**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544